452 A.2d 1079

Commonwealth v. Pollino, Jr., Appellant.

Petition for Allowance of Appeal Granted March 3, 1983.

Submitted January 18, 1982.   John P. Campana, for appellant;   Gailey C. Keller, District Attorney, for Commonwealth, appellee.

Before JOHNSON, WATKINS and LIPEZ, JJ.

Judgment of sentence affirmed.

452 A.2d 1080

Commonwealth v. Ramirez, Appellant.

Petition for Allowance of Appeal Denied March 16, 1983.

Argued May 12, 1982. Donald Louis Van Gilder, for appellant;   Jerry A. Snyder, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, MONTEMURO and HOFFMAN, JJ.

Judgment of sentence affirmed.